David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Phone: (702) 880-5554
FAX: (702) 967-6665
Email: dkrieger@hainesandkrieger.com

## IN THE UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF NEVADA

Nancy Sagona,

        Plaintiff,

v.

Roquemore & Roquemore, Inc.; and DOES 1-10, inclusive,

        Defendant.

) Case No. 2:12-cv-01263
)
)
)
)
)
)
)
)
)
)

### SUBSTITUTION OF ATTORNEY

**Nancy Sagona (Plaintiff) hereby substitutes:**

    DAVID KRIEGER, ESQ. (Nevada Bar No. 9086)
    HAINES & KRIEGER, LLC
    5041 N. Rainbow Blvd.
    Las Vegas, Nevada 89130
    Phone: (702) 880-5554
    FAX: (702) 967-6665
    Email: dkrieger@hainesandkrieger.com

as attorney of record in place and stead of STEPHANIE COOPER HERDMAN, ESQ.

...

...

...

I consent to the above substitution

DATED: 10/24/12

_____
Nancy Sagona, Plaintiff

I consent to the above substitution

DATED: 10/30/12

_____
STEPHANIE COOPER HERDMAN

I am duly admitted to practice in this District. Above substitution accepted

DATED: 10/27/12

_____
DAVID KRIEGER, ESQ. (Nevada Bar No. 9086)
HAINES & KRIEGER, LLC

Please check one:   X   RETAINED, or ___ APPOINTED BY THE COURT

DATED: November 1, 2012

_____
UNITED STATES MAGISTRATE JUDGE